# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF TENNESSEE

# NASHVILLE DIVISION

| | |
|---|---|
| CARY FARRAH and JAMES H. HARRISON, JR., Individually and on Behalf of All Others Similarly Situated, ) ) ) ) Plaintiffs, ) ) vs. ) ) PROVECTUS BIOPHARMACEUTICALS, ) INC., et al., ) ) Defendants. ) ) | Civil Action No. 3:14-cv-01231<br><br>District Judge Kevin H. Sharp<br><br>**CLASS ACTION** |

## MOTION FOR ADMISSION *PRO HAC VICE* OF DAVID C. WALTON

Pursuant to Rule 83.01(d) of the Local Rules of this Court, Timothy L. Miles, a member of the bar of this Court, hereby moves for the admission *pro hac vice* of the following counsel:

DAVID C. WALTON (CA Bar # 167268)
Robbins Geller Rudman & Dowd LLP
655 W. Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
dwalton@rgrdlaw.com

for the purposes of litigation in this Court as counsel for Plaintiffs Cary Farrah and James H. Harrison, Jr.

David C. Walton is a member in good standing of the United States District Court for the Southern District of California. His certificate of good standing is filed herewith and the filing fee in the amount of $75.00 is being tendered to the Clerk via the Court's electronic payment system.

DATED: May 30, 2014

BARRETT JOHNSTON, LLC
GEORGE E. BARRETT, #2672
JERRY E. MARTIN, #20193
TIMOTHY L. MILES, #21605

/s/ Timothy L. Miles
TIMOTHY L. MILES

217 Second Avenue, North
Nashville, TN 37201-1601
Telephone: 615/244-2202
615/252-3798 (fax)
gbarrett@barrettjohnston.com
jmartin@barrettjohnston.com
tmiles@barrettjohnston.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
CHRISTOPHER M. WOOD, #032977
217 Second Avenue, North
Nashville, TN 37201
Telephone: 615/244-2203
615/252-3798 (fax)
cwood@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
DAVID C. WALTON
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)
drobbins@rgrdlaw.com
dwalton@rgrdlaw.com

LAW OFFICE OF ALFRED G.
  YATES, JR., P.C.
ALFRED G. YATES, JR.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Telephone: 412/391-5164
412/471-1033 (fax)
yateslaw@aol.com

Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

    I hereby certify that on this the 30th day of May, 2014, The Foregoing *Motion For Admission Pro Hac Vice Of David C. Walton* was Filed Electronically with the clerk of the court and has been served by via U.S. Mail upon the following:

| | |
|---|---|
| Provectus Biopharmaceuticals, Inc.<br>Registered Agent:<br>National Registered Agents, Inc.<br>160 Greentree Drive, Suite 101<br>Dover, DE 19904 | H. Craig Dees<br>Peter R. Culpepper<br>Timothy C. Scott<br>c/o Provectus Biopharmaceuticals, Inc.<br>7327 Oak Ridge Hwy.<br>Knoxville, TN 37931 |

    /s/ Timothy L. Miles\_\_\_
    TIMOTHY L. MILES