# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Cary Farrah, et al.
Plaintiff,

v.

Case No. 3:14-cv-01231

Provectus Biopharmaceuticals, Inc., et al.,
Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Plaintiffs hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing from the United States District Court for the Southern District of California. Attached is a Certificate of Good Standing from that Court.

s/ Darren J. Robbins
Signature

Name: Darren J. Robbins

Address: Robbins Geller Rudman & Dowd LLP

Address: 655 West Broadway, Suite 1900

Address: San Diego, CA 92101-8498

Phone: 619/231-1058

Email: E_File_SD@rgrdlaw.com

**FEE: $75.00
(*Note: The fee may be paid through the credit card module on the Court's ECF System if the motion is filed electronically, or it may be forwarded to the Clerk within 20 days after the filing. If forwarded to the Clerk, payment should be in the form of a check, cashier's check, or money order payable to the Clerk, U. S. District Court, 801 Broadway, Room 800, Nashville, TN 37203.)

* * * INCLUDE A CERTIFICATE OF SERVICE * * *

CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 5, 2014.

s/ Darren J. Robbins
DARREN J. ROBBINS

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: E_File_SD@rgrdlaw.com

946554_1

# Mailing Information for a Case 3:14-cv-01231

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **George Edward Barrett**
  gbarrett@barrettjohnston.com,tellis@barrettjohnston.com

- **Jerry E. Martin**
  jmartin@barrettjohnston.com,tellis@barrettjohnston.com,aakers@barrettjohnston.com

- **Timothy L. Miles**
  tmiles@barrettjohnston.com,tellis@barrettjohnston.com

- **Darren J. Robbins**
  darrenr@rgrdlaw.com,jillk@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **David C. Walton**
  davew@csgrr.com

- **Christopher M. Wood**
  cwood@rgrdlaw.com,eparker@rgrdlaw.com,ptiffith@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Alfred G. Yates**
  yateslaw@aol.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)