# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

| | |
|---|---|
| In re Provectus Biopharmaceuticals, Inc. Securities Litigation | Case No. 3:14-cv-00338-PLR-HBG <br><br> **CLASS ACTION** <br><br> District Judge Pamela L. Reeves <br><br> Magistrate Judge H. Bruce Guyton |

## LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, CONDITIONAL CERTIFICATION OF A CLASS, AND ESTABLISHING NOTICE PROCEDURES

Lead Plaintiff Fawwaz Hamati, by and through his undersigned counsel, hereby moves the Court, pursuant to Federal Rule of Civil Procedure 23(e), for an order preliminarily approving the proposed settlement of this action (the "Settlement") as memorialized in the Stipulation of Settlement, dated March 8, 2016 (docket entry number 122), certifying the Class for settlement purposes, establishing hearing and deadline dates relating to the Settlement and its administration, and approving the form and methods of notifying Class Members of the Settlement and their rights with respect thereto. Defendants do not oppose the relief requested by this motion.

This motion is based upon the present Motion, the Stipulation of Settlement, the supporting Memorandum, the Declaration of Kara M. Wolke, and all pleadings, records and papers on file herein.

DATED: March 14, 2016					GLANCY PRONGAY & MURRAY LLP

							By: *s/ Kara M. Wolke*
							Lionel Z. Glancy
							Robert V. Prongay
							Kara M. Wolke
							1925 Century Park East, Suite 2100
							Los Angeles, California 90067
							Telephone: (310) 201-9150
							Facsimile: (310) 201-9160
							Email: info@glancylaw.com

							*Lead Counsel for Lead Plaintiff and the Class*

							STEWART DUPREE PA
							Keith D. Stewart
							713 Market Street, 2nd Floor
							Knoxville, Tennessee 37902
							Telephone: (856) 437-5081
							Email: keithdstewart@gmail.com

							*Liaison Counsel for Lead Plaintiff and the Class*

POMERANTZ LLP
Marc I. Gross
Jeremy A. Lieberman
600 3rd Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665

*Additional Counsel for Lead Plaintiff and the Class*

# PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO EASTERN DISTRICT OF TENNESSEE LOCAL RULES AND ECF RULES

I, the undersigned, say:

I am a citizen of the United States and am over the age of 18 and not a party to the within action. My business address is 1925 Century Park East, Suite 2100, Los Angeles, California 90067.

On March 14, 2016, I served the following document:

**LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, CONDITIONAL CERTIFICATION OF A CLASS, AND ESTABLISHING NOTICE PROCEDURES**

By posting the document to the ECF Website of the United States District Court for the Eastern District of Tennessee, for receipt electronically by the parties as listed on the attached Court's ECF Service List.

And on any non-ECF registered parties:

By U.S. Mail: By placing true and correct copies thereof in individual sealed envelope: with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence or mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service that same day.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 14, 2016, at Los Angeles, California.

*s/ Kara M. Wolke*
Kara M. Wolke

# Mailing Information for a Case 3:14-cv-00338-PLR-HBG Farrah, et al v. Provectus Biopharmaceuticals, Inc., et al (PLR2)

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **George E Barrett**
  gbarrett@barrettjohnston.com,tellis@barrettjohnston.com

- **Cary L Bauer**
  clbauer@sidgilreath.com,pwise@sidgilreath.com

- **Peter A Binkow**
  pbinkow@glancylaw.com

- **Paul K Bramlett**
  PKNASHLAW@aol.com

- **Robert Preston Bramlett**
  robert@bramlettlawoffices.com

- **Chris T Cain**
  cain@scottandcain.com,ambrose@scottandcain.com

- **Nadeem Faruqi**
  nfaruqi@faruqilaw.com,ecf@faruqilaw.com

- **Sidney W Gilreath**
  gilknox@sidgilreath.com,pwise@sidgilreath.com,dcrump@sidgilreath.com,clbauer@sidgilreath.com

- **Richard William Gonnello**
  rgonnello@faruqilaw.com,ecf@faruqilaw.com,dbehnke@faruqilaw.com

- **Robert I. Harwood**
  rharwood@hfesq.com,tsawchuk@whesq.com

- **John S Hicks**
  jhicks@bakerdonelson.com,lkroll@bakerdonelson.com,nhildebrand@bakerdonelson.com

- **Matthew M Houston**
  mhouston@hfesq.com

- **Matthew B Long**
  mlong@sidgilreath.com

- **Jerry E Martin**
  jmartin@barrettjohnston.com,tellis@barrettjohnston.com

Case 3:14-cv-00338-PLR-HBG   Document 124   Filed 03/14/16   Page 5 of 7   PageID #: 1294

- **Timothy L Miles**
  tmiles@barrettjohnston.com

- **Robert V Prongay**
  rprongay@glancylaw.com,csadler@glancylaw.com,info@glancylaw.com

- **Benjamin I Sachs-Michaels**
  bsachsmichaels@hfesq.com

- **Scott N Sherman**
  ssherman@bakerdonelson.com

- **Leanne Heine Solish**
  lheine@glancylaw.com

- **Keith D Stewart**
  keithdstewart@gmail.com

- **J. Gerard Stranch , IV**
  gerards@bsjfirm.com,lisam@bsjfirm.com,nickg@bsjfirm.com,mduty@bsjfirm.com,bethm@bsjfirm.com

- **Megan M Sullivan**
  ecf@faruqilaw.com,dbehnke@faruqilaw.com

- **David C Walton**
  DaveW@rgrdlaw.com

- **Kara M Wolke**
  kwolke@glancylaw.com

- **Christopher Martin Wood**
  cwood@rgrdlaw.com

- **Alfred G Yates , Jr**
  yateslaw@aol.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Danielle          S Myers
Robbins Geller Rudman & Dowd LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Darren            J Robbins
Robbins Geller Rudman & Dowd LLP
655 West Broadway
Suite 1900
```

Case 3:14-cv-00338-PLR-HBG   Document 124   Filed 03/14/16   Page 6 of 7   PageID #: 1295

San Diego, CA 92101

Case 3:14-cv-00338-PLR-HBG   Document 124   Filed 03/14/16   Page 7 of 7   PageID #: 1296